**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-530

**Caption [use short title]**

**Motion for:** dismiss the appeal as moot

Set forth below precise, complete statement of relief sought:

The United States moves to dismiss the appeal as moot. The United States also opposes Hicks's motion to stay the district court's sentencing proceedings.

United States v. Aaron Hicks

**MOVING PARTY:** United States
**OPPOSING PARTY:** Aaron Hicks

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☑ Appellee/Respondent

**MOVING ATTORNEY:** Tiffany H. Lee, Esq.
**OPPOSING ATTORNEY:** Robert Ross Fogg, Esq.

[name of attorney, with firm, address, phone number and e-mail]

United States Attorney's Office, WDNY
100 State Street, Suite 500, Rochester, NY 14614
Tiffany.Lee@usdoj.gov/585-263-6760

69 Delaware Avenue, Suite 600
Buffalo, NY 14202
rfogg@rfogglaw.com/716-853-3644

**Court- Judge/ Agency appealed from:** Western District of New York/Judge Arcara

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed   ☑ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes   ☐ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date: _____

**Signature of Moving Attorney:**
s/ Tiffany H. Lee    **Date:** 06/25/2018    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

United States Of America,

        Appellee,

- v -                                Docket No. 18-530-cr

Aaron Hicks,

        Defendant-Appellant.

## AFFIDAVIT

STATE OF NEW YORK   )
COUNTY OF MONROE  ) ss:
CITY OF ROCHESTER   )

**TIFFANY H. LEE**, being duly sworn, deposes and states:

1. I am an Assistant United States Attorney for the Western District of New York and am Chief of its Appellate Division. I make this affidavit in support of the government's motion to dismiss the appeal as moot and in opposition to the motion to stay the district court's sentencing proceedings during the pendency of this appeal.

2. Defendant-Appellate Aaron Hicks initially brought this interlocutory appeal seeking review of the district court's Decision and Order denying his motion, *inter alia*, to preclude admission at his re-trial of certain

evidence based on claims asserted pursuant to the Fifth Amendment's Double Jeopardy Clause. *See* Documents 1-1 and 2.

3. Subsequently, the trial proceeded against Hicks and the jury entered its guilty verdict, thereby rendering the appeal moot.

4. Thereafter, Hicks moved the district court to stay sentencing pending the interlocutory appeal. *See* WDNY Docket No. 15-cr-33, Entry 390.

5. The district court correctly denied the motion stating:

> TEXT ORDER as to Aaron Hicks: Upon due consideration, the Defendant's motion to stay 390 is denied. The Defendant did not seek a stay from this Court or the Second Circuit prior to his second trial, and he has now stood trial a second time. In other words, he has already been allegedly subjected to the primary harm the Double Jeopardy Clause is meant to prevent. *See, e.g., Paul v. Henderson*, 698 F.2d 589, 591 (2d Cir. 1983) ("The Supreme Court has characterized the prohibition against 'multiple trials' as the 'controlling constitutional principle' of the Double Jeopardy Clause.") (quoting *United States v. Wilson*, 420 U.S. 332, 345-46 (1957)). Staying proceedings at this juncture would not undo that alleged harm. Further, in the event that the Defendant's pending double-jeopardy appeal is successful, nothing would prevent the Defendant from seeking, and the Court from granting, appropriate relief that would restore the Defendant to the position he would have been in had the Court granted him relief under the Double Jeopardy Clause. SO ORDERED.

WDNY Docket No. 15-cr-33, Entry 396.

6. Sentencing is currently scheduled for August 6, 2018.

7. Accordingly, this Court should dismiss this interlocutory appeal as moot.

8. Additionally, since entry of the jury's guilty verdict, Hicks has moved this Court for a stay of the sentencing. *See* Doc. 30.

9. Even were this Court not inclined to dismiss the appeal as moot, this Court should deny the motion to stay the sentencing for the same reasons previously stated by the district court. *See*, *supra*, ¶ 5.

10. For this Court's further consideration, according to the final judgment rule, a party may only appeal "final decisions" of the district courts, 28 U.S.C. § 1291, and that does not occur, in criminal cases, until a defendant is sentenced. *Berman v. United States*, 302 U.S. 211, 212-213 (1937).

11. Based on the foregoing, the United States requests an order of this Court dismissing the instant appeal, including the request for a stay of sentencing, as moot; in the alternative, the United States requests an order of this Court denying the motion for a stay of sentencing.

*s/ Tiffany H. Lee*
TIFFANY H. LEE
Assistant United States Attorney

Sworn to before me this
25th day of June, 2018


*/s Patricia Beaty Reis*
PATRICIA BEATY REIS
Notary Public, State Of New York
Qualified In Monroe County
Commission Expires October 18, 2020

# AFFIDAVIT OF SERVICE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

United States Of America,

        Appellee,

    - v -                          Docket No. 18-530-cr

Aaron Hicks,

        Defendant-Appellant.

---

State of New York )
County of Erie    ) ss:
City of Buffalo    )

    The undersigned hereby affirms that she is an employee of the United States Attorney's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

    That pursuant to 2d Cir. Local Rule 25.1, on June 25, 2018, she electronically filed the attached government's **Government's Motion to Dismiss the Appeal as Moot** which had been found to be virus free using Trend Micro, with the Second Circuit Court of Appeals using its CM/ECF which would then electronically notify the parties listed below:

        Robert Ross Fogg, Esq.

        *s/ Monica J. Richards*
        MONICA J. RICHARDS